**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Warren Jones<br>Wendy Jones<br><br>　　　　　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 18-23095 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                                        Respectfully submitted,

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        James C. Warmbrodt, Esquire
                                                        PA ID PA ID 42524
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322
                                                        jwarmbrodt@kmllawgroup.com
                                                        Attorney for Movant/Applicant