IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **WARREN JONES and WENDY JONES,** | : | Case No. **18-23095-CMB** |
| *Debtors* | : | |
| | : | Related to Doc. Nos. 8 |
| **WARREN JONES and WENDY JONES,** | : | and 9 |
| *Movants,* | : | |
| vs | : | Filed under Section |
| | : | 362(c)(3) of the |
| **ABN AMRO MORTGAGE GROUP, AMERICAN INFOSOURCE AS** | : | Bankruptcy Code |
| **AGENT FOR VERIZON, BAYVIEW LOAN SERVICING, LLC., CAPITAL** | : | |
| **ONE, COMENITY BANK/JUSTICE, DESIGNED RECEIVABLE** | : | Hearing Date: 8/22/2018 |
| **SOLUTIONS, DUQUESNE LIGHT COMPANY, ECMC, GM FINANCIAL,** | : | at 10:00 a.m. |
| **HP SEARS, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL** | : | |
| **SERVICES, LLC., KAY JEWELERS, KEYBRIDGE MEDICAL REVENUE** | : | |
| **CARE, MONROEVILLE MUNICIPAL AUTHORITY, MUNICIPALITY** | : | |
| **OF MONROEVILLE, NATIONAL CREDIT ADJUSTERS, LLC., PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PORTFOLIO RECOVERY ASSOCIATES, LLC., SANTANDER CONSUMER USA, SYNCB/CARE CREDIT, TD BANK, USA/TARGET CREDIT CARD, VERIZON, WESTLAKE FINANCIAL SERVICES and WFFINANCIAL,** | | |
| *Respondents* | | |

## CERTIFICATE OF NO OBJECTION REGARDING
## DEBTORS' MOTION TO EXTEND STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **8/3/2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **8/20/2018.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 8/21/2018

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movants
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net