IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| In Re: | Chapter 13 |
| **WARREN JONES and WENDY JONES,** *Debtors* | Bankruptcy No. **18-23095-CMB** |
| **WARREN JONES and WENDY JONES,** *Movants,* vs | Related To Doc. No. 8 |
| ABN AMRO MORTGAGE GROUP, AMERICAN INFOSOURCE AS AGENT FOR VERIZON, BAYVIEW LOAN SERVICING, LLC., CAPITAL ONE, COMENITY BANK/JUSTICE, DESIGNED RECEIVABLE SOLUTIONS, DUQUESNE LIGHT COMPANY, ECMC, GM FINANCIAL, HP SEARS, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL SERVICES, LLC., KAY JEWELERS, KEYBRIDGE MEDICAL REVENUE CARE, MONROEVILLE MUNICIPAL AUTHORITY, MUNICIPALITY OF MONROEVILLE, NATIONAL CREDIT ADJUSTERS, LLC., PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PORTFOLIO RECOVERY ASSOCIATES, LLC., SANTANDER CONSUMER USA, SYNCB/CARE CREDIT, TD BANK, USA/TARGET CREDIT CARD, VERIZON, WESTLAKE FINANCIAL SERVICES and WFFINANCIAL, *Respondents* | Filed under Section 362(c)(3) of the Bankruptcy Code |

## ORDER OF COURT

AND NOW, this <u>21st</u> day of <u>August</u>, 2018, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Michael S. Geisler, Esquire
Ronda J. Winnecour, Esquire

FILED
8/21/18 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23095-CMB
Warren Jones                                                          Chapter 13
Wendy Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                Page 1 of 1                Date Rcvd: Aug 21, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db/jdb         +Warren Jones,   Wendy Jones,   584 Firethorne Drive,   Monroeville, PA 15146-1617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor Warren   Jones m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Joint Debtor Wendy   Jones m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7