IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **WARREN JONES, and** | : | Case No.    **18-23095-CMB** |
| **WENDY JONES** | : | |
| | : | |
| | : | |
| Debtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 |
|---|---|---|---|---|---|---|
| Husband Take Home | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |
| Total Income | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |

Wendy Jones Has no income

DATED:    8/27/2018

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net