Certificate Number: 05781-PAW-DE-031629172

Bankruptcy Case Number: 18-23095



05781-PAW-DE-031629172

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2018, at 11:22 o'clock PM PDT, Waren Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    September 17, 2018            By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President