Certificate Number: 05781-PAW-DE-031629177

Bankruptcy Case Number: 18-23095



05781-PAW-DE-031629177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 16, 2018</u>, at <u>11:22</u> o'clock <u>PM PDT</u>, <u>Wendy Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>September 17, 2018</u>                By:     <u>/s/Allison M Geving</u>

                                                Name:   <u>Allison M Geving</u>

                                                Title:  <u>President</u>