**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−23095−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Warren Jones | Wendy Jones |
| 584 Firethorne Drive | 584 Firethorne Drive |
| Monroeville, PA 15146 | Monroeville, PA 15146 |

Social Security No.:
xxx−xx−9038                                               xxx−xx−8618

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Geisler | Ronda J. Winnecour |
| 201 Penn Center Blvd., Suite 524 | Suite 3250, USX Tower |
| Pittsburgh, PA 15235 | 600 Grant Street |
| Telephone number: 412−613−2133 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| November 5, 2018 | November 5, 2018 |
| 10:00 AM | 10:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 10/4/18                                                         BY THE COURT

                                                                      Carlota M. Bohm
                                                                      Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-23095-CMB
Warren Jones                                                            Chapter 13
Wendy Jones
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                  Page 1 of 2                  Date Rcvd: Oct 04, 2018
                               Form ID: rsc                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         +Warren Jones,    Wendy Jones,    584 Firethorne Drive,    Monroeville, PA 15146-1617
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14892020       +ABN Amro Mortgage Group,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
14892021       +American Infosource as agent for,    Verizon,    P.O. Box 51178,    Los Angeles, CA 90051-5478
14892022       +Bayview Loan Servicing, LLC,    25 Ponce de Leon Boulevard,    Miami, FL 33135
14892024       +Capital One,    c/o Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
14920387        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14892026       +Designed Receivable Solutions,    One Centerpointe Drive, Suite 45,    La Palma, CA 90623-1052
14892027        Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
14892028        ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14892029        GM Financial,    P.O. Box 181145,    Wheeler, TX 79096-1145
14892030       +HP Sears,    P.O. Box 2707,    Bakersfield, CA 93303-2707
14892034       +Keybridge Medical Revenue Care,    P.O. Box 1568,    Lima, OH 45802-1568
14892035        National Credit Adjusters, LLC.,    P.O. Box 3023,    South Hutchinson, KS 67505
14892037       +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14892038       +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, Esquire,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14892039       +Phelan Hallinan, Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
14892041       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14892043       +TD Bank, USA/Target Credit Card,    P.O. Box 673,    Minneapolis, MN 55440-0673
14892045        Weinstein & Riley,    2001 Western Avenue, Suite 400,    Oklahoma City, OK 73118
14892047        Wffinancial,    MAC 4031-080,    Phoenix, AZ 85038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:51      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA    17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 05 2018 01:56:37      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14892023       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 05 2018 01:56:24
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th floor,
                 Coral Gables, FL 33146-1837
14892025        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 05 2018 01:55:39      Comenity Bank/Justice,
                 P.O. Bov 187789,    Columbus, OH 43218
14892031        E-mail/Text: cio.bncmail@irs.gov Oct 05 2018 01:55:30      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14892032        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 05 2018 01:56:17      Jefferson Capital Services, LLC,
                 P.O. Box 7999,    Saint Cloud, MN 56302-7999
14892033       +E-mail/Text: BKRMailOPS@weltman.com Oct 05 2018 01:55:35      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14892040        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 02:11:40
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
14892657       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 02:11:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14892036        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14892042       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:11:37      Syncb/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
14892044       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2018 02:11:58      Verizon,
                 by American Infosource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14922870        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2018 02:11:58      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK    73124-8838
14892046        E-mail/Text: peritus@ebn.phinsolutions.com Oct 05 2018 01:56:44      Westlake Financial Services,
                 c/o Peritus Portfolio,    P.O. Box 141419,    Irving, TX 75014-1419
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: rsc            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

```
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor Warren   Jones m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Joint Debtor Wendy   Jones m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```