# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | WARREN & WENDY JONES |
| Case Number: | 18-23095-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 23, 2019 11:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/24/19 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#23 - Continued Confirmation of Plan Dated 8/27/2018 (NFC)
R / M #: 23 / 0

**Appearances:**

Debtor: Geisler
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Kocutchick for PA Dept of Revenue

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

Trustee requests dismissal, plan not feasible.

Payments look to be needed at $4000 or more.

Debtor counsel consents to dismiss. Trustee and PA Rev consent to dismissal w/o prejudice.

PA Rev unfiled returns 2013, 2014 and possible others.

5/15/2019  3:23:54PM