**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Warren Jones** | : | Case No. 18−23095−CMB |
| **Wendy Jones** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per May 23, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of May, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 18-23095-CMB
Warren Jones                                                  Chapter 13
Wendy Jones
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: May 24, 2019
                              Form ID: 309            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
```
db/jdb        +Warren Jones,   Wendy Jones,   584 Firethorne Drive,   Monroeville, PA 15146-1617
cr            +Dep't of Revenue Office of Attorney General,   Anthony T. Kovalchick,   1251 Waterfront Place,
                Mezzanine Level,    Pittsburgh, PA 15222-4227
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14892020      +ABN Amro Mortgage Group,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
14892021      +American Infosource as agent for,    Verizon,   P.O. Box 51178,   Los Angeles, CA 90051-5478
14892022      +Bayview Loan Servicing, LLC,    25 Ponce de Leon Boulevard,   Miami, FL 33135
14892024      +Capital One,   c/o Becket & Lee,   16 General Warren Blvd.,   Malvern, PA 19355-1245
14892026      +Designed Receivable Solutions,    One Centerpointe Drive, Suite 45,   La Palma, CA 90623-1052
14892027       Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1900
14892029       GM Financial,   P.O. Box 181145,   Wheeler, TX 79096-1145
14892030      +HP Sears,   P.O. Box 2707,   Bakersfield, CA 93303-2707
14892034      +Keybridge Medical Revenue Care,    P.O. Box 1568,   Lima, OH 45802-1568
14979636      +Monroeville Municipal Authority,    219 Speelman Lane,   Monroeville, PA 15146-3903
14892035       National Credit Adjusters, LLC.,   P.O. Box 3023,   South Hutchinson, KS 67505
14892038      +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, Esquire,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14892037      +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14892039       Phelan Hallinan, Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,   One Penn Center Plaza,
                Philadelphia, PA 19103
14892045       Weinstein & Riley,   2001 Western Avenue, Suite 400,    Oklahoma City, OK 73118
14892047       Wffinancial,   MAC 4031-080,   Phoenix, AZ 85038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com May 25 2019 02:55:17      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14892023      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 25 2019 02:55:02
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th floor,
                Coral Gables, FL 33146-1837
14920387       EDI: BL-BECKET.COM May 25 2019 06:18:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
14892025       EDI: WFNNB.COM May 25 2019 06:18:00      Comenity Bank/Justice,   P.O. Bov 187789,
                Columbus, OH 43218
14892028       EDI: ECMC.COM May 25 2019 06:18:00      ECMC,   P.O. Box 16408,   Saint Paul, MN 55116-0408
14892031       EDI: IRS.COM May 25 2019 06:18:00      Internal Revenue Service,
                Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14892032       EDI: JEFFERSONCAP.COM May 25 2019 06:18:00      Jefferson Capital Services, LLC,   P.O. Box 7999,
                Saint Cloud, MN 56302-7999
14892033      +E-mail/Text: BKRMailOPS@weltman.com May 25 2019 02:53:53      Kay Jewelers,   375 Ghent Road,
                Akron, OH 44333-4600
14892040       EDI: PRA.COM May 25 2019 06:18:00      Portfolio Recovery Associates, LLC,   P.O. Box 41067,
                Norfolk, VA 23541-1067
14892657      +EDI: PRA.COM May 25 2019 06:18:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14892036       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2019 02:54:16
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14928730      +E-mail/Text: bncmail@w-legal.com May 25 2019 02:54:44      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14892041      +EDI: DRIV.COM May 25 2019 06:18:00      Santander Consumer USA,   P.O. Box 961245,
                Fort Worth, TX 76161-0244
14892042      +EDI: RMSC.COM May 25 2019 06:18:00      Syncb/Care Credit,   P.O. Box 965036,
                Orlando, FL 32896-5036
14892043      +EDI: WTRRNBANK.COM May 25 2019 06:18:00      TD Bank, USA/Target Credit Card,   P.O. Box 673,
                Minneapolis, MN 55440-0673
14892044      +EDI: AIS.COM May 25 2019 06:18:00      Verizon,   by American Infosource LP as agent,
                4515 N. Santa Fe Avenue,   Oklahoma City, OK 73118-7901
14922870       EDI: AIS.COM May 25 2019 06:18:00      Verizon,   by American InfoSource as agent,
                PO Box 248838,   Oklahoma City, OK 73124-8838
14892046       E-mail/Text: peritus@ebn.phinsolutions.com May 25 2019 02:55:27     Westlake Financial Services,
                c/o Peritus Portfolio,   P.O. Box 141419,   Irving, TX 75014-1419
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
```

```
District/off: 0315-2          User: jhel              Page 2 of 2             Date Rcvd: May 24, 2019
                              Form ID: 309            Total Noticed: 37

cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14929251*      +Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor Warren   Jones m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Joint Debtor Wendy   Jones m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```