**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WARREN JONES
WENDY JONES
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:18-23095

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/02/2018 and confirmed on 11/08/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,300.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,300.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,097.36 | |
|     Trustee Fee | 199.40 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,296.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 2,693.24 | 0.00 | 2,693.24 |
|   Acct: 3747 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 74,561.74 | 0.00 | 0.00 | 0.00 |
|   Acct: 9038 | | | | |
| INTERNAL REVENUE SERVICE* | 40,500.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9038 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 43,031.07 | 0.00 | 0.00 | 0.00 |
|   Acct: 3747 | | | | |
| | | | | 2,693.24 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WARREN JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9038 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 1,097.36 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9038 | 21.94 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX5CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| ABN AMRO MORTGAGE GROUP++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 374.99 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 1540 | 320.17 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9013 | 55.00 | 0.00 | 0.00 | 0.00 |
| DESIGNED RECEIVABLE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 5182 | 4,678.96 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 8618 | 3,426.05 | 0.00 | 0.00 | 0.00 |
| GM FINANCIAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9038 | 12,002.15 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAY JEWELERS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYBRIDGE MEDICAL REVENUE CARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 9038 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 7682 | 4,892.22 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3579 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY T KOVALCHICK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LLP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23095 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| SYNCHRONY BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TD BANK NA(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 511.38 | 0.00 | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPAL AUTHORITY OF MONROEVILLE<br>Acct: 2497 | 570.85 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                3,003.24

TOTAL CLAIMED
PRIORITY            331.94
SECURED         158,092.81
UNSECURED       26,831.77

Date: 07/12/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com